UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JAYLER ADRIAN VENEGAS-AQUINO,

Petitioner,

v.

WARDEN, BLUEBONNET DETENTION FACILITY,

Respondent.

No. 1:26-CV-00214-H

**ORDER**

Petitioner Jayler Adrian Venegas-Aquino, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in the Bluebonnet Detention Facility pending removal proceedings. Dkt. No. 1. He seeks release from detention or an individualized bond hearing.

Respondent filed a response along with relevant records, urging the Court to deny the petition. Dkt. Nos. 7, 8. Respondent explains that Petitioner was lawfully detained as an applicant for admission under 8 U.S.C. § 1225, but his immigration proceedings concluded, and he is now subject to an administratively final order of removal. As a result, Petitioner's detention is now authorized by Section 1231 and within the reasonable post-removal order period. Thus, Respondent argues that Petitioner is not entitled to relief under any theory. Petitioner did not file a reply.

Based upon the information set forth in Respondent's supplemental notice and supported by the attached records, the Court finds that Petitioner's challenge to his mandatory detention under Section 1225 is moot. And because his post-removal-order

detention is still well within the presumptively reasonable six-month detention period, any challenge to his present detention is premature. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). Additionally, the Court has reviewed the ICE online detainee locator and takes judicial notice of the fact that, as of today, it appears that Petitioner is no longer in ICE custody.[1]

Thus, the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated October 2, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[1] *See* http:// https://locator.ice.gov/odls/#/search (last visited Sept. 30, 2026).